

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00147-CV

**CITY OF LAREDO, TEXAS**,
Appellant

v.

Julian Jacobo **REYNA**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-000557 D3
Honorable Beckie Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying the City of Laredo's plea to the jurisdiction is REVERSED and judgment is RENDERED that Julian Jacobo Reyna's claims against the City of Laredo are dismissed with prejudice. We order Julian Jacobo Reyna to pay all costs of the appeal.

SIGNED July 22, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice